UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA R. HEDGER,<br><br>                  Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                  Defendant. | Case No. C23-658-MLP<br><br>ORDER |

This matter comes before the Court on Plaintiff's Motion for Award of Attorney's Fee pursuant to Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (Dkt. # 23.) Based on Plaintiff's Motion and supporting documents, and that the Commissioner has no objection (dkt. # 26), the Court ORDERS that the motion is GRANTED and that attorney fees in the amount of $6,335.66 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If the EAJA fees are not subject to an offset as described in *Ratliff,* the check for EAJA fees shall be made payable to D. James Tree, based upon Plaintiff's assignment of this fee to her attorney. The check for EAJA fees shall be mailed to Plaintiff's counsel at D. James Tree, 3711 Englewood Avenue, Yakima, Washington 98902.

ORDER - 1

Dated this 24th day of January, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2